**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01606-CV

## IN THE INTEREST OF B.E.V. AND B.J.V

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF02-02060**

## ORDER

The parties' agreed motion to substitute Dispute Mediation Service for JAMS to conduct

mediation on August 5, 2013, is **GRANTED**.


/s/Jim Moseley/

JIM MOSELEY
PRESIDING JUSTICE